SUNDELL COMPANY, INC., Plaintiff, *v.* PIONEER BUILDING-LOAN & SAVINGS ASSOCIATION OF TROY, Defendant.

Supreme Court, Special Term, Albany County, February 6, 1950.

*William K. Sanford* for plaintiff.

*Murphy, Aldrich, Guy, Broderick & Simon* for defendant.

TAYLOR, J. The plaintiff seeks " an order directing the taking of the testimony of the defendant corporation by the oral testimony under oath of Paul V. Martin as a former officer and employee of the defendant corporation   *   *   * " upon matters specifically set forth in the notice of motion. Such may not be ordered. (*Cocolicchio* v. *Emigrant Industrial Sav. Bank,* 248 App. Div. 196; *McGowan* v. *Eastman,* 271 N. Y. 195; *Koolery* v. *Lindemann,* 195 Misc. 218; Civ. Prac. Act, § 289.)

The " special circumstances " which may in an appropriate case render it proper to take a deposition apply only to depositions of a witness. The only requirement for taking the deposition of a party is that it be " material and necessary in the prosecution or defense of the action." (Civ. Prac. Act, § 288; *Breault* v. *Embossing Co.,* 253 App. Div. 175.) Where the adverse party is a corporation, its testimony may only be taken through the testimony of " one or more of its officers, directors, agents or employees " (Civ. Prac. Act, § 289) and former employees or officers are not within the purview of the statute.

The motion is denied, without costs.

Submit order.